# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155994(63)

*In re* WILLIAMS, Minors.

SC: 155994
COA: 335932
Macomb CC Family Div:
  2012-000291-NA
  2012-000292-NA

_____/

On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing its brief on appeal is GRANTED. The brief submitted on December 28, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018



Clerk